**Order filed December 11, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00827-CV
_____

## WANDA A. AKOREDE, Appellant

## V.

## TEXAS WORKFORCE COMMISSION F/K/A TEXAS DEPARTMENT OF ASSISTIVE REHABILITATION SERVICES, Appellee

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-57837**

## ORDER

No reporter's record has been filed in this case. Court reporter Darlene Stein informed this court that appellant has neither requested nor made arrangements to pay for the reporter's record . On November 16, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of the request for the reporter's record, as well as proof of payment or

indigence. *See* Tex. R. App. P. 37.3(c). No response has been received.

Accordingly, we order appellant to file a brief in this appeal by **January 10, 2019**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM